UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity ,

Plaintiff(s),

v.

U.S. Fish and Wildlife Service ,
et al

Defendant(s).

Case No. 26-cv-03333-RMI

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lia Comerford , an active member in good standing of the bar of Oregon , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Center for Biological Diversity in the above-entitled action. My local co-counsel in this case is Brian Segee , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 200795 .

| P.O. Box 11374, Portland, OR 97211 | 226 W. Ojai Ave, Ste 101-442, Ojai, CA 93023 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 971-717-6420 | 805-750-8852 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lcomerford@biologicaldiversity.org | bsegee@biologicaldiversity.org |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 141513 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/21/2026

Lia Comerford
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lia Comerford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 21, 2026

ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

Oregon State Bar

# Certificate of Good Standing

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**LIA COMERFORD, BAR NO. 141513**

was admitted to practice law in the State of Oregon by Examination and became an Active licensee of the Oregon State Bar on May 9, 2014.

There are no grievances or disciplinary proceedings presently pending against this licensee.

No disciplinary action has been taken against this licensee in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Comerford is an Active licensee of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 6th day of February 2026.

Sarra Yamin
Regulatory Counsel

_____
Kerri Deegan, Authorized Representative

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222   *toll-free in Oregon* (800) 452-8260                    www.osbar.org