ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
CAITLYN F. COOK, Trial Attorney (MD Bar No. 2112140244)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20004-7611
Tel: (202) 598-7775
Fax: (202) 305-0275
Email: Caitlyn.Cook@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; DOUG BURGUM, in his official Capacity as Secretary of the U.S. Department of the Interior; and BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service,<br><br>Defendants. | Case No. 3:26-CV-3333-RMI<br><br>**STIPULATION REGARDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

The United States Fish and Wildlife Service; Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior; and Brian Nesvik, in his official capacity as Director of the U.S. Fish and Wildlife Service (collectively, "Defendants"), and the Center for Biological Diversity ("Plaintiff"), stipulate as follows regarding Defendants' responsive pleading deadline.

*Stip. Regarding Defs.' Res. Pleading Deadline*, No. 3:26-CV-3333-RMI                    1

1.      Plaintiff filed its Complaint for Declaratory and Injunctive Relief, ECF No. 1, on April 21, 2026. The United States Attorneys' Office was served on April 27, 2026. Under the Federal Rules of Civil Procedure, Defendants' answer must be filed by June 26, 2026. Fed. R. Civ. P. 12(a)(2) ("The United States, a United States agency, or a United States officer or employee sued only in an official capacity must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the United States attorney.").

2.      Local Civil Rule 6-1(a) provides that the "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, . . . provided the change will not alter the date of any event or any deadline already fixed by Court order."

3.      Plaintiff and Defendants stipulate that Defendants shall file their responsive pleading by August 26, 2026.

Respectfully submitted this 15th day of June, 2026.

*/s/ Margaret E. Townsend*
Margaret E. Townsend (OR Bar No. 144463)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
tel: (971) 717-6409
mtownsend@biologicaldiversity.org
*admitted pro hac vice*

Lia Comerford (OR Bar No. 141513)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
tel: (971) 717-6420
lcomerford@biologicaldiversity.org
*admitted pro hac vice*

*/s/ Brian Segee*
Brian Segee (Cal. Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023

*Stip. Regarding Defs.' Res. Pleading Deadline*, No. 3:26-CV-3333-RMI                    2

tel: (805) 750-8852
bsegee@biologicaldiversity.org

*Attorneys for Plaintiff*

ADAM R.F. GUSTAFSON, Principal Deputy Assistant
Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Caitlyn F. Cook*
CAITLYN F. COOK, Trial Attorney (MD Bar No. 2112140244)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20004-7611
Tel: (202) 598-7775
Fax: (202) 305-0275
Email: Caitlyn.Cook@usdoj.gov

*Attorneys for Defendants*