ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
NICOLE M. SMITH, Assistant Section Chief
CAITLYN F. COOK, Trial Attorney (MD Bar No. 2112140244)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20004-7611
Tel: (202) 598-7775
Fax: (202) 305-0275
Email: Caitlyn.Cook@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 3:26-CV-3333-TLT |
| Plaintiff, | **SECOND JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| v. |  |
| UNITED STATES FISH AND WILDLIFE SERVICE; DOUG BURGUM, in his official Capacity as Secretary of the U.S. Department of the Interior; and BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service, |  |
| Defendants. |  |

Plaintiff, the Center for Biological Diversity, and Defendants, the United States Fish and Wildlife Service; Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior; and Brian Nesvik, in his official capacity as Director of the U.S. Fish and Wildlife Service stipulate and respectfully request that the Court enter an order to extend the present

*2d Stip. Request for Order Changing Time*, No. 3:26-CV-3333-TLT                    1

deadlines concerning Defendants' responsive pleading, initial case management, and alternative dispute resolution procedures, Dkt. No. 22.

1. Following the Parties' previous requests to extend Defendants' responsive pleading deadline and initial case management deadlines, this Court set the present case management deadlines in a July 13, 2026, text order. Dkt. No. 22.

2. The Parties previously represented that they were interested in exploring options to resolve this litigation without judicial involvement. Dkt. No. 21 ¶ 3.

3. The Parties have engaged in promising and productive conversations and have reached a preliminary agreement in principle. However, the Parties require additional time to draft the relevant settlement documents and seek necessary approvals. *See* Declaration of Caitlyn F. Cook at ¶ 3, filed herewith.

4. Accordingly, the Parties respectfully request an extension of Defendants' responsive pleading deadline and the present deadlines for initial case management and alternative dispute resolution procedures, as set forth below, so that the Parties may draft the relevant settlement documents and seek necessary approvals:

| Event | Present Deadline | Requested Deadline |
| --- | --- | --- |
| Deadline to file Defendants' responsive pleading | August 26, 2026 | October 26, 2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | August 26, 2026 | October 26, 2026 |
| Deadline to make initial disclosures | September 1, 2026 | November 2, 2026 |
| Deadline to file Joint Case Management Statement | September 3, 2026 | November 2, 2026 |

*2d Stip. Request for Order Changing Time*, No. 3:26-CV-3333-TLT                    2

| Initial Case Management Conference | September 10, 2026 at 2:00PM | November 9, 2026 |
|---|---|---|

5. This is the second stipulated request to extend all deadlines.

6. Although this request will extend the initial stages of this litigation, good cause exists to extend the present deadlines because attempting to resolve this litigation without judicial involvement will conserve the resources of the Court and the Parties.

Respectfully submitted this 14th day of August, 2026.

*/s/ Margaret E. Townsend*
Margaret E. Townsend (OR Bar No. 144463)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
tel: (971) 717-6409
mtownsend@biologicaldiversity.org
*admitted pro hac vice*

Lia Comerford (OR Bar No. 141513)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
tel: (971) 717-6420
lcomerford@biologicaldiversity.org
*admitted pro hac vice*

*/s/ Brian Segee*
Brian Segee (Cal. Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023
tel: (805) 750-8852
bsegee@biologicaldiversity.org

*Attorneys for Plaintiff*

ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
NICOLE M. SMITH, Assistant Section Chief
United States Department of Justice

*2d Stip. Request for Order Changing Time*, No. 3:26-CV-3333-TLT    3

Environment & Natural Resources Division

*/s/ Caitlyn F. Cook*
CAITLYN F. COOK, Trial Attorney (MD Bar No. 2112140244)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20004-7611
Tel: (202) 598-7775
Fax: (202) 305-0275
Email: Caitlyn.Cook@usdoj.gov

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                 The Honorable Trina L. Thompson
                                 United States District Judge

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Caitlyn F. Cook*
CAITLYN F. COOK

*Attorney for Defendants*

*2d Stip. Request for Order Changing Time*, No. 3:26-CV-3333-TLT          4