ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
NICOLE M. SMITH, Assistant Section Chief
CAITLYN F. COOK, Trial Attorney (MD Bar No. 2112140244)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20004-7611
Tel: (202) 598-7775
Fax: (202) 305-0275
Email: Caitlyn.Cook@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; DOUG BURGUM, in his official Capacity as Secretary of the U.S. Department of the Interior; and BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service, <br><br> Defendants. | Case No. 3:26-CV-3333-TLT <br><br> **DECLARATION OF CAITLYN F. COOK IN SUPPORT OF SECOND JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME** |

I, Caitlyn F. Cook, hereby declare as follows:

1. I am an attorney with the U.S. Department of Justice, and I represent Defendants in the above-captioned case. I am a member of good standing of the bar of the Supreme Court of the State of Maryland (No. 2112140244). I make this declaration based on my personal knowledge and, if called to testify, could and would testify as stated here.

Cook Declaration, Case No. 3:26-CV-3333-TLT                                                                 1

2. Following the Parties' previous representation that they were interested in exploring options to resolve this litigation without judicial involvement, this Court granted the Parties' First Joint Stipulated Request for Order Changing Time, Dkt No. 21, and extended Defendants' responsive pleading deadline and the Parties' initial case management deadlines. Dkt. No. 22.

3. Since filing their First Joint Stipulated Request for Order Changing Time, the Parties have engaged in settlement discussions via telephone and email. These conversations have proven productive, and the Parties have reached a preliminary agreement in principle. However, the Parties require additional time to draft the relevant settlement documents and seek necessary approvals. Extension of all pending deadlines set in Dkt. No. 22 will allow the Parties time to draft these documents and seek these approvals.

4. This is the second stipulated request to extend all deadlines. Although this request will extend the initial stages of this litigation, the Parties' attempts to resolve this litigation without judicial involvement will conserve the resources of the Court and the Parties.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on August 14, 2026.

*/s/ Caitlyn F. Cook*
CAITLYN F. COOK
Trial Attorney
U.S. Department of Justice

Cook Declaration, Case No. 3:26-CV-3333-TLT                                                    2